EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
ATTN: Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Fax:       (808) 541-2958
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIVIL NO. 00-00787 DAE LEK |
|---|---|---|
| Plaintiff, | ) | SATISFACTION AND RELEASE OF ABSTRACT OF JUDGMENT |
| vs. | ) | |
| BARBARA BYRAM, | ) | |
| Defendant. | ) | |

SATISFACTION AND RELEASE OF ABSTRACT OF JUDGMENT

     WHEREAS, on May 10, 2001, a Judgment was entered against Defendant BARBARA BYRAM in the United States District Court, District of Hawaii, in favor of Plaintiff UNITED STATES OF AMERICA, in the above-entitled action for the principal sum of $14,977.89 and interest at the legal judgment rate of 3.82 percent per annum, and recorded in the Regular System in the Bureau of Conveyances, State of Hawaii, Document No. 2002-006134 on January 14, 2002 and

WHEREAS, said Judgment debt owed by Defendant BARBARA BYRAM to Plaintiff UNITED STATES OF AMERICA has been fully satisfied, and

THEREFORE, Plaintiff UNITED STATES OF AMERICA releases said Abstract of Judgment as to Defendant BARBARA BYRAM.

DATE: <u>June 1, 2005</u>, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By _____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for the Plaintiff